**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| BETH HELGERSON, M.D. | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 2:20-cv-31-NT |
| | ) | |
| v. | ) | |
| | ) | |
| YORK HOSPITAL | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendant York Hospital pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 4, 2020

/s/ Christopher C. Taintor
Christopher C. Taintor
Norman, Hanson & Detroy
Two Canal Plaza
P. O. Bod 4600
Portland, ME 04112
774-7000
ctaintor@nhdlaw.com

Attorneys for Beth Helgerson, M.D.

/s/ Rachel M. Wertheimer
Karen Frink Wolf
Rachel M. Wertheimer
VERRILL DANA, LLP
One Portland Square
Portland, ME 04101-4054
(207) 774-4000
kwolf@verrill-law.com
rwertheimer@verrill-law.com

Attorneys for York Hospital

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF System, which I understand will send notification of the filing to all counsel of record.

/s/ Rachel M. Wertheimer
Rachel M. Wertheimer